In the Matter of a Proposal or Plan by MORTGAGE COMMISSION OF THE STATE OF NEW YORK to Exercise Its Limited Powers with Respect to a Mortgage Covering Premises Known as 69–40 108th Street, Forest Hills, Long Island, Borough and County of Queens, City and State of New York, Guaranteed by Bond and Mortgage Guarantee Company and Designated as Guarantee No. 180,646. HARRY APPELMAN, Appellant; MANUFACTURERS TRUST COMPANY, as Trustee, etc., and CORD MEYER DEVELOPMENT COMPANY, Respondents.— Appeal by a

certificate holder from an order authorizing and empowering the Manufacturers Trust Company, as trustee for the benefit of the holders of investments in the bond and mortgage concerned herein, to join with the owner of the premises covered by the mortgage in making an extension and modification agreement respecting said bond and mortgage. Order affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.